UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:15-cr-47-T-30MAP

KENDRICK E. BACHUS

**FORFEITURE MONEY JUDGMENT**

The United States moves (Doc. 141) for a forfeiture money judgment in the amount of $53,351.00 against Kendrick E. Bachus pursuant to 18 U.S.C. § 982(a)(2)(A) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

Being fully advised of the relevant facts, the Court hereby finds that the defendant obtained $55,351.00 in proceeds as a result of the conspiracy to commit wire fraud and bank fraud in violation of 18 U.S.C. § 1349 as charged in Count Two of the Indictment, and the bank fraud offenses in violation of 18 U.S.C. § 1344 as charged in Counts Fifteen through Seventeen. The defendant pleaded guilty to these offenses, and the Court adjudged him guilty of Counts Two and Fifteen through Seventeen.

Accordingly, it is **ORDERED** that the motion (Doc. 141) of the United States is GRANTED.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 982(a)(2)(A) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the defendant is liable to the

United States of America for a forfeiture money judgment in the amount of $55,351.00.

The Court retains jurisdiction to complete the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), as a substitute asset in satisfaction of the defendant's money judgment.

DONE AND ORDERED at Tampa, Florida on this 4th day of December, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
All Parties/Counsel of Record

F:\Docs\2015\15-cr-47 forfeit money judgment 141 Bachus.docx